IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02344-LTB-MEH

SUSAN J. STRATING,

    Plaintiff,

v.

ABOUND SOLAR, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 26, 2011**.

    Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [filed April 21, 2011; docket #14] is **granted**.  The proposed Protective Order is accepted and filed contemporaneously with this minute order.