**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02344-LTB-MEH

SUSAN J. STRATING,

      Plaintiff,

v.

ABOUND SOLAR, INC.,

      Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Defendant's Motion to File Amended Answer (Doc 36 - filed March 15, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant's Motion to File Amended Answer (Doc 36) is GRANTED. The Clerk of Court shall accept for filing Defendant's Amended Answer to Complaint (Doc 36-1).

                        BY THE COURT:

                        s/ Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   March 16, 2012