**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02344-LTB-MEH

SUSAN J. STRATING,

    Plaintiff,

v.

ABOUND SOLAR, INC.,

    Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal of Age Harassment Claims Only (Doc 41 - filed March 23, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's age harassment claims only shall be **DISMISSED,** each party to pay their own fees and costs.

Plaintiff's remaining claims described in Counts I through VI of her Complaint are not being dismissed.

                    BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   March 26, 2012