**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02344-LTB-MEH

SUSAN J. STRATING,

       Plaintiff,

v.

ABOUND SOLAR, INC.,

       Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on its Order to Show Cause (Doc 54 - filed July 5, 2012) which was entered as a result of Defendant's Notice of Filing Bankruptcy (Doc 53). Parties were to respond on or before July 19, 2012 and to date no response has been filed by either party. Accordingly, it is therefore

ORDERED that this case is **STAYED** and deemed **ADMINISTRATIVELY RETIRED** from the Court's active docket subject to being reopened upon motion of any party for good cause shown. This matter need not be reopened for submission of final settlement documents.

                              BY THE COURT:


                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   July 24, 2012